UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**RALEIGH PETE BLACKBURN,**

    **Plaintiff,**

**V.**

**NANCY A. BERRYHILL**
**Acting Commissioner of Social Security,**

    **Defendant.**

**CIVIL ACTION NO. 7:18-56-KKC**

**JUDGMENT**

\*\*\* \*\*\* \*\*\*

The Court having affirmed the decision of the Commissioner **HEREBY ORDERS and ADJUDGES** as follows:

(1) Judgment is entered in favor of the Defendant.

(2) This matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

(3) This judgment is **FINAL** and **APPEALABLE**.

Dated April 15, 2019.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY